WILLIAM SCHLAPA, an Infant under the Age of Fourteen Years, by TONY

*Affd., 264 N. Y. 593.

Schlapa, His Guardian ad Litem, and Tony Schlapa, Respondents, v. Sam Levine, Defendant, and Joseph A. Teperson, Attorney, Appellant, pro se.— Order appealed from, authorizing respondent guardian ad litem to compromise action and making certain allowances, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.